IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-CR-0002 LJO |
| | ) | |
| Plaintiffs, | ) | ORDER OF RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| MIGUEL SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named defendant having been sentenced on January 7, 2013, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point, Fresno forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   January 7, 2013**          /s/  **Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1